UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 16-25215 |
| Anthony Mendez | Chapter: | 13 |
| | Judge: | MBK |

## NOTICE OF PROPOSED PRIVATE SALE

_____Anthony Mendez_____, _____the debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  402 East State Street
Trenton, New Jersey 08608
Courtroom #8

If an objection is filed, a hearing will be held before the Honorable _____Michael B. Kaplan_____ on _____June 2, 2020_____ at ___9___ a.m. at the United States Bankruptcy Court, courtroom no. ___#8___, _____402 East State Street, Trenton NJ 08608_____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:  216 Powderhorn Dr
Lakewood, NJ 08701

Proposed Purchaser:  Marc Zafrani

Sale price:  $271,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| | |
|---|---|
| Name of Professional: | Michael Cohn |
| Amount to be paid: | $2,500.00 |
| Services rendered: | Legal Representation for the sale of 216 Powderhorn Dr, Lakewood, NJ 08701 |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Lee M. Perlman, Esquire

Address: 1926 Greentree Road, Suite 100, Cherry Hill, New Jersey 08003

Telephone No.: 856-751-4224

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony Mendez, Sr.  
      Debtor

Case No. 16-25215-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: May 05, 2020  
                         Form ID: pdf905     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2020.

```
db              +Anthony Mendez, Sr.,    216 Powderhorn Dr,    Lakewood, NJ 08701-4146
516329413       +KML Law Group, PC,     216 Haddon Ave, Ste 406,    Collingswood, NJ 08108-2812
516329414       +Pnc Mortgage,    3232 Nemark Dr,    Miamisburg, OH 45342-5433
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 05 2020 22:49:26      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 05 2020 22:49:24      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2020 at the address(es) listed below:

```
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL
               ASSOCIATION dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL
               ASSOCIATION kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Lee Martin Perlman    on behalf of Debtor Anthony   Mendez, Sr. ecf@newjerseybankruptcy.com,
               mcdoherty@ecf.courtdrive.com
                                                                                              TOTAL: 4
```