| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>LEE M. PERLMAN<br>Attorney at Law<br>1926 Greentree Road, Suite 100<br>Cherry Hill, New Jersey 08003<br>(856) 751-4224 | Order Filed on June 4, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Anthony Mendez | Case Number: 16-25215<br>Hearing Date: 6/2/20<br>Judge: MBK<br>Chapter: 13 |

Recommended Local Form:   ☒ Followed   ☐ Modified

# ORDER AUTHORIZING
# SALE OF REAL PROPERTY

The relief set forth on the following pages numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: June 4, 2020**

*Honorable Michael B. Kaplan*
*United States Bankruptcy Judge*

Upon the Debtor's motion for authorization to sell the real property commonly known as __216 Powderhorn Dr, Lakewood, NJ 08701__, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property upon the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be utilized to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☑ Pursuant to LBR 6004-1(b) the Notice of Private Sale included a request to pay the real estate broker and debtor's real estate attorney at closing. Therefore these professionals may be paid at closing.

**OR**: ☐ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys upon further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $ __25,675.00__ claimed as exempt may be paid to the Debtor.

6. The ☑ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* shall be paid to the Chapter 13 Standing Trustee in the Debtor's case.

7. A copy of the HUD settlement statement shall be forwarded to the Chapter 13 Standing Trustee ten (10) days after closing.

☑ 8. The debtor shall file a modified Chapter 13 Plan within 20 days of the date of this order.

2

9. Other provisions: The ten (10) day stay of this Order Authorizing Sale of Real Property under R. 6004(g) is hereby waived. The sale of the real property can proceed at once.

_____

_____

*rev. 6/1/06.jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony Mendez, Sr.  
      Debtor

Case No. 16-25215-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 04, 2020  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2020.  
db          +Anthony Mendez, Sr.,    216 Powderhorn Dr,    Lakewood, NJ 08701-4146

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2020 at the address(es) listed below:  
           Albert   Russo    docs@russotrustee.com  
           Denise E. Carlon    on behalf of Creditor    PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL  
            ASSOCIATION dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
           Kevin Gordon McDonald    on behalf of Creditor    PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL  
            ASSOCIATION kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
           Lee Martin Perlman    on behalf of Debtor Anthony  Mendez, Sr. ecf@newjerseybankruptcy.com,  
            mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com  
                                                                                                     TOTAL: 4