UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LEE M. PERLMAN
Attorney at Law
1926 Greentree Road, Suite 100
Cherry Hill, New Jersey 08003
(856) 751-4224

**Order Filed on June 9, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Anthony Mendez

| | |
|---|---|
| Case No.: | 16-25215 |
| Judge: | MBK |
| Chapter: | 13 |

Recommended Local Form:   ☐ Followed   ☐ Modified

# ORDER AUTHORIZING
## RETENTION OF  SPECIAL COUNSEL

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: June 9, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re:        Anthony Mendez, debtor
Case No.:     16-25215-MBK
Applicant:    Anthony Mendez, debtor

(check all that apply)
- ☐ Trustee:  ☐ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.
- ☑ Debtor:   ☐ Chap. 11   ☑ Chap. 13
- ☐ Official Committee of _____

Name of Professional:     Michael A. Cohn, Esq.
Address of Professional:  Kent Plaza, 4782 Route 9 South
                          Second Floor, Suite 9
                          Howell, NJ 07731

- ☐ Attorney for (check all that apply):
  - ☐ Trustee   ☐ Debtor-in-Possession
  - ☐ Official Committee of _____

- ☐ Accountant for:
  - ☐ Trustee   ☐ Debtor-in-Possession
  - ☐ Official Committee of _____

- ☑ Other Professional:
  - ☐ Realtor   ☐ Appraiser   ☑ Special Counsel   ☐ Auctioneer
  - ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony Mendez, Sr.  
    Debtor

Case No. 16-25215-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 09, 2020  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2020.  
db          +Anthony Mendez, Sr.,    216 Powderhorn Dr,    Lakewood, NJ 08701-4146

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2020 at the address(es) listed below:  
           Albert    Russo     docs@russotrustee.com  
           Denise E. Carlon     on behalf of Creditor     PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL  
            ASSOCIATION dcarlon@kmllawgroup.com,     bkgroup@kmllawgroup.com  
           Kevin Gordon McDonald     on behalf of Creditor     PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL  
            ASSOCIATION kmcdonald@kmllawgroup.com,     bkgroup@kmllawgroup.com  
           Lee Martin Perlman     on behalf of Debtor Anthony   Mendez, Sr. ecf@newjerseybankruptcy.com,  
            mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com  
                                                                                                         TOTAL: 4